IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MINH NGUYEN,                      )
                                  )
            Plaintiff,            )
                                  )
    v.                            )     1:24-cv-844
                                  )
CHOICE HOME WARRANTY,             )
                                  )
            Defendant.            )

### ORDER

On January 30, 2025, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction.

A Judgment dismissing this action will be filed contemporaneously with this Order.

- 2 -

This the 6th day of March, 2025.

                                       /s/ William L. Osteen, Jr.
                                       United States District Judge